JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| M. M. CARDONA , <br>     Petitioner, <br>     v. <br> UNITED STATES DISTRICT COURT, <br>     Respondent. | Case No. 2:18-cv-07765-SJO (SK) <br><br> **JUDGMENT** |

Pursuant to the Order Dismissing Successive Petition, **IT IS ADJUDGED** that the Petition and this action are dismissed with prejudice.

DATED: November 28, 2018

                                    HON. S. JAMES OTERO
                                    U.S. DISTRICT JUDGE